IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN MILES FOSTER, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-CV-00129-TES-CHW |
| | * |
| JOHN OR JANE DOE, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 29, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of September 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk